UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL AHUMADA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>C. DUCART,<br><br>　　　　Respondent. | Case No. 17-cv-04431 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, has filed a *pro se* civil rights action pursuant to 28 U.S.C. § 2254 challenging a criminal conviction and judgment he suffered in Los Angeles County Superior Court in Alhambra, California. These proceedings are TRANSFERRED to the Central District of California, as that is the district of conviction.[1] *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: August 29, 2017

　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Petitioner has consented to magistrate judge jurisdiction. Dkt. No. 5.

Case No. 17-cv-04431 NC (PR)
ORDER OF TRANSFER